**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
COURT FILE NO.: 0:06-cv-3701 PAM/JSM**

| | |
|---|---|
| Andrea J. Halverson,<br>    Plaintiff,<br><br>  -vs-<br><br>Equifax Information Services, LLC.,<br><br>    Defendant. | **ORDER** |

Based on the Stipulation of Dismissal filed herewith, this Court hereby orders that Plaintiff's Complaint against Equifax Information Services, LLC. shall be, and herewith is, dismissed with prejudice without costs, disbursements or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: July   13,   2007                          s/Paul A. Magnuson
                                              Honorable Judge Paul A. Magnuson